UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| CO-OPERATIVE INSURANCE COMPANIES, | : : : |
| Plaintiff, | : : |
| v. | :   Case No. 2:20-cv-107 : |
| BROAN-NUTONE, LLC, and NU-TONE, INC., | : : : |
| Defendants. | : |

ORDER

On or before February 12, 2021, the parties shall jointly prepare and file a discovery schedule in compliance with Local Rule 26(a)(1) and (4). Failure to do so shall constitute a waiver of the need for discovery and the case shall be placed on the trial list.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 29th day of January, 2021.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Judge